```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALAN BROWN,
                                          Plaintiff,

                   -against-

CITY OF NEW YORK; Police Officer MICHAEL WALSH,
Shield No. 17054; Police Officer ANGELO PIZZARO, Shield
No. 29275; Police Officer JERMAINE TAYLOR, Shield No.
23344; Sergeant DIANA PICHARDO, Shield No. 2816; Police
Officer GAET JEANS DOXY, Shield NO. 13488; Police
Officer MIKE IZZO, Shield No. 4225; Police Officer ANSARI
KALIL, Shield NO. 11189; and JOHN and JANE DOE 1
through 10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true names
are presently unknown) ,
                                          Defendants.
------------------------------------------------------------------x
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 17 2014 ★
BROOKLYN OFFICE

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 3247 (JBW) (VMS)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and



2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

<table>
<tr><td>

Harvis Wright & Fett LLP  
*Attorneys for Plaintiff*  
305 Broadway  
New York, NY 10007  
212-323-6880  

By: _____  
Gabriel Harvis  
*Attorney for Plaintiff*  

Dated: New York, New York  
_____10/10_____, 2014

</td><td>

ZACHARY W. CARTER  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendant City*  
100 Church Street, Rm. 3-189  
New York, New York 10007  

By: _____  
Nicholas Melissinos  
*Assistant Corporation Counsel*  
Approved. Close the case  
SO ORDERED:  

_____  
HON. JACK B. WEINSTEIN  
UNITED STATES DISTRICT JUDGE

</td></tr>
</table>